# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TASHA FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13-2263-STA-dkv |
| | ) |
| BURLINGTON NORTHERN | ) |
| SANTA FE (BNSF) RAILWAY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation (ECF No. 14) that Defendant's Motion for Summary Judgment (ECF No. 12) be granted. Defendant seeks judgment as a matter of law on Plaintiff's Title VII employment discrimination claims. Defendant filed its Rule 56 Motion on April 10, 2014, making Plaintiff's response due no later than May 10, 2014. Plaintiff failed to respond by the deadline and has yet to respond to Defendant's Motion. On May 27, 2014, the Magistrate Judge entered her Report, recommending that the Court grant Defendant summary judgment on all of Plaintiff's claims. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before June 10, 2014. Neither party has filed objections.[1]

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, Defendant's summary judgment briefing, and the entire record of the proceeding, the Court hereby **ADOPTS** the

---

[1] On June 30, 2014, the Clerk of Court noted on the docket that the Magistrate Judge's Report and Recommendation was returned as undeliverable mail. Plaintiff has a duty to maintain current contact information to receive communications from the Court.

Magistrate Judge's Report.  Defendant's Motion for Summary Judgment is **GRANTED**.  The trial set for August 18, 2014 is cancelled, and the Clerk is directed to enter judgment in favor of Defendant.

    **IT IS SO ORDERED.**

        **s/ S. Thomas Anderson**
        S. THOMAS ANDERSON
        UNITED STATES DISTRICT JUDGE

        Date: July 1, 2014.